E-FILED 03-29-11
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tupufia Faamai,** | CASE NO. CV 10-547-GHK (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Metropolitan Life Insurance Company,** | |
| Defendant. | |

    Based on the Court's October 19, 2010 and March 17, 2011 Orders, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Tupufia Faamai ("Plaintiff") against Defendant Metropolitan Life Insurance Company are **DISMISSED with prejudice**. Plaintiff shall take nothing by his complaint.

    **IT IS SO ORDERED**.

DATED: March 29, 2011

                                                 GEORGE H. KING
                                          United States District Judge